Stefan H. Black, Bar No. 284499
sblack@fordharrison.com
Shanda Y. Lowe, Bar No. 278602
slowe@fordharrison.com
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: 213-237-2400
Facsimile: 213-237-2401

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINITA VERMA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., WAL-MART ASSOCIATES, INC., and DOES 1-50,<br><br>Defendants. | Case No. CV 18-1480-GW(FFMx)<br><br>[Hon. George H. Wu, Courtroom 9D]<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL**<br><br>Action Filed: December 26, 2017<br>FAC Filed: January 24, 2018<br>Date of Removal: February 23, 2018 |

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation and enters the following order

1. The above-captioned matter is hereby dismissed as to all parties and all causes of action with prejudice.

**IT IS SO ORDERED.**

DATED: July 24, 2018

*[signature]*

GEORGE H. WU, U.S. District Judge

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

WSACTIVELLP:9918100.1

[PROPOSED] ORDER RE JOINT STIPULATION OF DISMISSAL
CASE NO. 2:18-CV-1480 GW (FFMX)